UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Civil No. 5:12-CV-01145-NAM-ATB

WILLIAM TRIMM, JR. AND HELEN TRIMM,

           Plaintiffs,

-vs-

**NOTICE OF APPEARANCE**

3M COMPANY, et al.,

           Defendants.

_____

    PLEASE TAKE NOTICE that Donald A. W. Smith, P. C. (Donald A. W. Smith, Esq., of counsel) hereby appears as attorney of record for Navistar, Inc., incorrectly sued herein as Navistar International Corp.

Dated: July 31, 2012

           /s/ Donald A. W. Smith
           _____
           Donald A. W. Smith
           NDNY Bar. No. 501358
           DONALD A. W. SMITH, P. C.
           Attorney for defendant Navistar, Inc.
           125 Sully's Trail, Suite 7
           Pittsford, New York 14534
           Tel: (585) 381-3866

pc:    LEVY PHILLIPS & KONIGSBERG, LLP
       Attn: Amber Long, Esq.
       Attorneys for plaintiffs
       800 Third Avenue
       New York, New York 10022
       Tel: (212) 605-6200

       Counsel for co-defendants