UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK            Civil No. 5:12-CV-01145-NAM-ATB

WILLIAM TRIMM, JR. AND HELEN TRIMM,

               Plaintiffs,

-vs-                                                                 RULE 7.1 DISCLOSURE
                                                                     STATEMENT
3M COMPANY, *et al.*,

               Defendants.

    Pursuant to Fed. R. Civ. P. 7.1, defendant Navistar International Corp. states that it is a publicly held corporation and that Franklin Resources, Inc., a publicly held corporation, owns more than 10% of the stock of Navistar International Corp.

    Navistar, Inc., a Delaware corporation, is a wholly owned subsidiary of defendant Navistar International Corp. and is the proper party herein.

Dated: July 31, 2012

                                          /s/ Donald A. W. Smith

                                          Donald A. W. Smith
                                          NDNY Bar. No. 501358
                                          DONALD A. W. SMITH, P. C.
                                          Attorney for defendant Navistar, Inc.
                                          125 Sully's Trail, Suite 7
                                          Pittsford, New York 14534
                                          Tel: (585) 381-3866

pc:    LEVY PHILLIPS & KONIGSBERG, LLP
        Attn: Amber Long, Esq.
        Attorneys for plaintiffs
        800 Third Avenue
        New York, New York 10022
        Tel: (212) 605-6200

        Counsel for co-defendants