UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Civil No. 5:12-CV-01145-NAM-ATB

WILLIAM TRIMM, JR. AND HELEN TRIMM,

        Plaintiffs,

-vs-

**AFFIDAVIT OF SERVICE**

3M COMPANY, et al.,

        Defendants.

STATE OF NEW YORK)
COUNTY OF MONROE ) ss:

    Deena Weinstein, residing in Mendon, New York, being duly sworn, deposes and says: on July 31, 2012 deponent served the annexed copies of the Notice of Appearance and Rule 7.1 Disclosure Statement by depositing them in a securely sealed, postage prepaid envelope addressed to:

    Levy Phillips & Konigsberg, LLP
    Amber R. Long, Esq.
    800 Third Ave.
    NY, NY 10022

and placing the same in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

and by electronic mail to the attached addresses,

and by filing the Notice of Appearance and Rule 7.1 Disclosure Statement utilizing the Court's CM/ECF System, which would thereby notify the following CM/ECF participant:

    Attorneys for the Defendant Viad Corporation
    Francis A. Montbach, Esq.
    Mound, Cotton Law Firm
    fmontbach@moundcotton.com

                                        Deena Weinstein

Sworn to before me this
31st day of July, 2012

Donald A. W. Smith
Notary Public, State of New York
Monroe County
ID #02SM4943943
Commission Expires 11/07/14