IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------x

| | |
|---|---|
| WILLIAM TRIMM, JR. and HELEN TRIMM, | : Civil Action No. 5:12-CV-01145 |
| Plaintiffs, | : |
| - against - | : **G.H. MINER CO., INC.'S CORPORATE DISCLOSURE STATEMENT** |
| 3M COMPANY, et al., | : |
| Defendants. | : |

------------------------------x

**TO:**    **UNITED STATES DISTRICT COURT**

        **NORTHERN DISTRICT OF NEW YORK**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant G.H. Miner Co., Inc. states that it was a privately held business that became inactive in 1999 when it ceased operations and its assets were sold.

Dated: New York, New York
        July 31, 2012

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By:    /s/ Erik C. DiMarco
        Erik C. DiMarco, Esq.
        Attorney for Defendant
        G.H. MINER CO., INC.
        150 East 42nd Street
        New York, New York 10017-5639
        (212) 490-3000
        File No. 06833.00156

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement for Defendant G.H. Miner Co., Inc. was filed electronically and is available for downloading and viewing from the ECF system. Parties are being served electronically, and parties that have not consented to electronic service are being served by U.S. First Class mail this 31st day of July, 2012.

                                            /s/ Erik C. DiMarco
                                            Erik C. DiMarco, Esq.
                                            Attorney for Defendant
                                            G.H. MINER CO., INC.