UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WILLIAM TRIMM, JR. and HELEN TRIMM,

                Plaintiffs,

vs.

3M Company, *et al.*,

                Defendants.

**JURY DEMAND**

Civil No. 5:12-cv-01145
NAM-ATB

---

PLEASE TAKE NOTICE that pursuant to FRCP 38, Defendant, Carlisle Industrial Brake & Friction, Inc., incorrectly named as Carlisle Companies Incorporated ("Carlisle"), by and through their attorneys, Ward Greenberg Heller & Reidy LLP, hereby demand a jury trial in the above-entitled action with respect to all issues.

Dated  Rochester, New York
        July 31, 2012

                Respectfully submitted,

                WARD GREENBERG HELLER & REIDY LLP

                By:      /s/Thomas E. Reidy
                      Thomas E. Reidy, Esq.
                      *Attorneys for Defendant Carlisle*
                       *Industrial Brake & Friction, Inc.*
                      300 State Street
                      Rochester, New York  14614
                      (585) 454-0700
                      treidy@wardgreenberg.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WILLIAM TRIMM, JR. and HELEN TRIMM,

                Plaintiffs,           Civil No. 5:12-cv-01145
                                                        NAM-ATB

vs.

3M Company, et al.,

                Defendants.

---

## CERTIFICATE OF SERVICE

      I hereby certify and affirm that on July 31, 2012, I electronically filed Carlisle Industrial Brake & Friction, Inc.'s Jury Demand with the District Court using the CM/ECF System, which then electronically noticed the following CM/ECF participants in this case:

| Attorneys for Defendant,<br>Viad Corporation<br>Francis A. Montbach, Esq.<br>Mound, Cotton Law Firm – New York Office<br>fmontbach@mondcotton.com | Attorneys for Defendant, Eaton Electric, Inc.<br>Susan E. Van Gelder, Esq.<br>Goldberg Segalla LLP<br>665 Main Street, Suite 440<br>Buffalo, NY 14203<br>svangelder@goldbergsegalla.com |
|---|---|

On the 31st Day of July, 2012, I sent via US mail and/or electronic mail the Carlisle Industrial Brake & Friction, Inc.'s Jury Demand to the following addresses:

| | |
|---|---|
| James Walker Smith, Esq.<br>SMITH ABBOT, LLP<br>90 Broad Street, 4th Floor<br>New York, NY 10004<br>Attorneys for ABEX CORPORATION f/k/a American Brake Shoe Company | John Howarth, Esq.<br>WILBRAHAM, LAWLER & BUBA, P.C (PA)<br>1818 Market Street, Suite 3100<br>Philadelphia, PA 19103<br>Attorneys for AIR & LIQUID SYSTEMS CORPORATION |
| Julie Evans, Esq.,<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER,LLP<br>150 East42nd Street<br>New York, NY 10017<br>Attorneys for A- W. CHESTERTON COMPANY, INC. | Tom Beneventano, Esq.<br>LaSORSA & BENEVENTANO<br>3 Barker Avenue<br>White Plains, NY 1060 I<br>Attorneys for ARMSTRONG INTERNATIONAL, INC. |

| | |
|---|---|
| Peggy Pan, Esq.<br>KASOWITZ BENSON TORRES & FRIEDMAN, LLP<br>1633 Broadway<br>New York, NY 10019<br>Attorneys for ARVINMERITOR, INC | Bruce Huttner,<br>DONOHUE, SABO, VARLEY & HUTINER, LLP<br>24 Aviation Road<br>P.O. Box 15056<br>Albany, NY 12212<br>Attorneys for BORG-WARNER CORPORATION |
| Amber Long, Esq.<br>LEVY, PHILLIPS & KONIGSBERG, LLP<br>800 Third Avenue, 11th Floor<br>New York, New York 10022<br>Attorneys for Plaintiffs | Dennis Vega, Esq.<br>SEDGWICK LLP<br>Three Gateway Center<br>12th Floor<br>Newark, NJ 07102<br>Attorneys/or CBS CORPORATION, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation |
| Judith Yavitz, Esq.<br>DARGER ERRANTE YAVITZ & BLAU LLP<br>116 East 27th Street<br>12th Floor<br>New York, NY 10016<br>Attorneys for CERTAINTEED CORPORATION | Stephen S. Davie, Esq.<br>MACKENZIE HUGHES LLP<br>P.O. Box 4967'<br>Syracuse, NY 13221-4967<br>Attorneys for CLEAVER-BROOKS INC. |
| Kirsten Alford Kneis, Esq.<br>K&L GATES LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Attorneys for CRANE CO | Judith Yavitz, Esq.<br>DARGER ERRANTE YAVITZ & BLAU LLP<br>116 East 27th Street<br>12th Floor<br>New York, NY 10016<br>Attorneys for DANA CORPORATION |
| Nancy McDonald, Esq.<br>McELROY, DEUTSCH, MULVANY & CARPENTER, LLP (NJ)<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962<br>Attorneys for EATON ELECTRJCAL, INC., f/k/a Cutler Hammer | Christopher Hannan, Esq.<br>KELLY JASONS McGOWAN SPINELLI & HANNA, LLP (NY)<br>120 Wall Street, 30th Floor<br>New York, NY 10005<br>Attorneys for FMC CORPORATION individually and as Successor to Northern Pump Company |
| C. Christopher Bridge, Esq.<br>GIBSON, McASKILL & CROSBY, LLP<br>69 Delaware Avenue<br>Suite 900<br>Buffalo, NY 14202<br>Attorneys for FORD MOTOR COMPANY | Michael Tannenbaum, Esq.<br>SEDGWICK LLP<br>3 Gateway Center, 12th Floor<br>Newark, NJ 07102-4072<br>Attorneys for FOSTER WHEELER, LLC |

| | |
|---|---|
| Christian Gannon, Esq.<br>SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD. (NY)<br>850 Third Avenue, Suite 1100<br>New York, NY 10022<br>Attorneys for GARDNER DENVER, INC. | Dennis Vega, Esq.<br>SEDGWICK LLP<br>Three Gateway Center<br>11th Floor<br>Newark, NJ 07102<br>Attorneys for GENERAL ELECTRIC COMPANY |
| Peter Marlette, Esq.<br>DAMON & MOREY LLP<br>Avant Building, Suite 1200<br>200 Delaware Avenue<br>Buffalo, NY 14202-2150<br>Attorneys for GENUINE PARTS COMPANY | Daniel Purcell, Esq.<br>WARD GREENBERG HELLER & REIDY LLP<br>300 State Street<br>Rochester, NY 14614<br>Attorneys for GEORGIA-PACIFIC LLC |
| Julie Evans, Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>150 East 42nd Street<br>New York, NY 10017<br>Attorneys for G.H. MINER CO., INC. | Scott Emery, Esq.<br>LYNCH DASKAL EMERY, LLP<br>264 West 40th Street<br>New York, NY 10018<br>Attorneys for Goodyear Tire and Rubber Company |
| John Fanning, Esq.<br>CULLEN & DYKMAN LLP<br>177 Montague Street<br>Brooklyn, NY 11201<br>Attorneys for GOULDS PUMPS, INCORPORATED | Peter Stasz, Esq.<br>PETER STASZ, ESQ.<br>47 Westfield Industrial Park<br>Westfield, MA 01085<br>Attorneys for HB SMITH COMPANY INCORPORATED |
| Donald Pugliese, Esq.<br>McDERMOTT, WILL & EMERY, LLP<br>340 Madison Avenue<br>New York, NY 10173<br>Attorneys for HONEYWELL INTERNATIONAL, INC., f/k/a Alliedsignal, Inc., as successor-in-interest to The Bendix Corporation | Heidi Rucbala, Esq.<br>DAMON & MOREY LLP<br>Avant Building, Suite 1200<br>200 Delaware Avenue<br>Buffalo, NY 14202-2150<br>Attorneys for HOWDEN BUFFALO INC. |
| Joseph Colao, Esq.<br>LEADER & BERKON, LLP<br>630 Third Avenue, 17th Floor<br>New York, NY 10017<br>Attorneys for IMO INDUSTRIES, INC. | James S. Nowak, Esq.<br>KENNEY SHELTON LIPTAK NOWAK LLP<br>Suite 510 Rand Building<br>14 Lafayette Square<br>Buffalo, NY 14203<br>Attorneys/or INGERSOLL-RAND COMPANY |
| Thomas Hagerty, Esq.<br>HAGERTY & BRADY<br>69 Delaware Avenue, Suite 1010<br>Buffalo, NY 14202<br>Attorneys for J.H. FRANCE REFRACTORIES COMPANY | Cassandra Pelissier-Donovan, Esq.<br>MARIN GOODMAN, LLP<br>500 Mamaroneck Avenue, Suite 501<br>Harrison, NY 10528<br>Attorneys for KEELERIDORR-OLIVER BOILER COMPANY |

| | |
|---|---|
| Kerryann Cook, Esq.<br>McGIVNEY & KLUGER, P.C.<br>80 Broad Street, 23rd Floor<br>New York, NY 10024<br>Attorneys for KENTILE FLOORS, INC. | Christine Montenegro, Esq.<br>KALOWITZ BENSON TORRES &<br>FREEDMAN, LLP<br>1633 Broadway<br>New York, NY 10019 |
| Valerie Barbic, Esq.<br>TREVETT, CRISTO, SALZER & ANDOLINA, P.C.<br>2 State Street<br>Suite 1000<br>Rochester, NY 14614<br>Attorneys for MACK TRUCKS, INC. | Danielle Cardamone, Esq.<br>DAMON & MOREY LLP<br>Avant Building, Suite 1200<br>200 Delaware Avenue<br>Buffalo, NY 14202-2150<br>Attorneys for NATIONAL AUTOMOTIVE PARTS ASSOCIATION |
| Chuck McGivney, Esq.<br>McGIVNEY & KLUGER, P.C (NYC)<br>80 Broad Street, 23rd Floor<br>New York, NY 10024<br>Attorneys/or THE NASH ENGINEERING COMPANY | Donald Smith, Esq.<br>DONALD A. W. SMITH, P.C.<br>125 Sully's Trail<br>Suite 7<br>Pittsford, NY 14534<br>Attorneys for NAVISTAR INTERNATIONAL CORP |
| Joseph LaSala, Esq.<br>McELROY, DEUTSCH, MULVANY & CARPENTER, LLP (NYC)<br>88 Pine Street, 24th floor<br>Wall Street Plaza<br>New York, NY 10005<br>Attorneys for ROCKWELL AUTOMATION, INC., formerly known as Rockwell International Corporation | Paula Newcomb, Esq.<br>BOUVIER PARTNERSHIP, LLP<br>Main Place Tower<br>350 Main Street, Suite 1400<br>Buffalo, NY 14202<br>Attorneys for SPIRAX SARCO, INC. |
| Judith Yavitz, Esq.<br>DARGER ERRANTE YAVITZ & BLAU LLP<br>116 East 27th Street<br>12th Floor<br>New York, NY 10016<br>Attorneys for UNION CARBIDE CORP. | Richard O'Leary, Esq.<br>McCARTER & ENGLISH<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br>Attorneys for VELAN VALVE CORP |
| Joseph Colao, Esq.<br>LEADER & BERKON, LLP<br>630 Third Avenue, 17th Floor<br>New York, NY 10017<br>Attorneys for WARREN PUMPS, INC. | Christopher Potenza, Esq.<br>HURWITZ & FINE, P.C.<br>1300 Liberty Building<br>Buffalo, NY 14202<br>Attorneys for WEIL MCLAIN, a division of The Marley Company |
| Paul Scrudato, Esq.<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue 17th Floor<br>New York, NY 10103<br>Attorneys/or YARWAY CORPORA110N | Kathleen Marron-Trabold, Esq.<br>McGUIRE WOODS<br>1345 Avenue of the Americas, 7th Floor<br>New York, NY 10105-0106<br>Attorneys for ITT Corporation, a/k/a ITT Standard, individually and as successor in interest to Ross Heater Manufacturing Company |

| | |
|---|---|
| Wendy Kagan, Esq.<br>HOAGLAND LONGO MORAN DUNST & DOUKAS<br>40 Patterson Street<br>P.O. Box 480<br>New Brunswick, NJ  08903<br>Attorneys for 84 LUMBER COMPANY | Timothy McHugh, Esq.<br>LAVIN, O'NEIL RJCCI, CEDRONE & DISIPIO (NY)<br>420 Lexington Avenue, Suite 335<br>New York, NY 10170<br>Attorneys for 3M COMPANY f/k/a Minnesota Mining & .Manufacturing Co, |
| Lisa Pascarella, Esq.<br>BRAATEN & PASCARELLA, LLC<br>Paytner's Ridge Office Park<br>2430 Route 34<br>Manasquan, NJ  08736<br>Attorneys for AMERICAN STANDARD, INC. | Kirsten Alford Kneis, Esq.<br>K&L GATES LLP<br>599 Lexington Avenue<br>New York, NY  10022<br>Attorneys for CRANE PUMPS & SYSTEMS, INC. |
| Kerryann Cook, Esq.<br>McGIVNEY & KLUGER, P.C.<br>80 Broad Street, 23rd Floor<br>New York, NY  10024<br>Attorneys for DAP PRODUCTS, INC. | Patrick Dwyer, Esq.<br>SMITH, STRATTON, WISE, HEHER & BRENNAN (NJ)<br>2 Research Way<br>Princeton, NJ  08540<br>Attorneys for GOODRICH CORPORATION, f/k/a B.F. Goodrich Company |
| Suzanne Halbardier, Esq.<br>BARRY McTIERNAN & MOORE<br>2 Rector Street, 14th Floor<br>New York, NY  10006<br>Attorneys for JOHN CRANE, INC. | Ken Martin, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>77 Water Street, 21st Floor<br>New York, NY  10005<br>Attorneys for KAISER GYPSUM COMPANY, INC. |
| Richard O'Leary, Esq.<br>McCARTER & ENGLISH<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br>Attorneys for STANDARD AUTO PARTS | Christina Stone, Esq.<br>SLYE & BURROWS<br>104 Washington Street<br>Watertown, NY 1360 I<br>Attorneys for WHITES LUMBER |
| Julie Evans, Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>I 50 East 42nd Street<br>New York, NY IOOI 7<br>Attorneys for FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST, as successor to Felt-Products Manufacturing Co. | Lisa M. Robinson, Esq.<br>GOLDBERG SEGALLA LLP<br>5786 Widewaters Parkway<br>Syracuse, NY  13214-1840<br>Attorneys for Robert Bosch LLC f/n/a Robert Bosch Corporation |
| Pecora Corp.<br>165 Wambold Road<br>Harleysville, PA  19438 | Caterpillar, Inc.<br>c/o CT Corporation System<br>111 Eighth Avenue<br>New York, NY  10011 |
| Rexnord Industries, LLC, individually as and successor in interest to Falk Corp.<br>4701 W. Greenfield Avenue<br>Milwaukee, WI  53214 | |

Dated  July 31, 2012

                WARD GREENBERG HELLER & REIDY LLP

                By:_____/s/Thomas E. Reidy_____
                            Thomas E. Reidy, Esq.
                    *Attorneys for Defendant Carlisle*
                    *Companies Incorporated*
                    300 State Street
                    Rochester, New York  14614
                    (585) 454-0700